# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LINDA LEONARD**                                                                                       **PLAINTIFF**

v.                               Case No. 4:24-CV-712-JM

**MIDLAND CREDIT MANAGEMENT**                                               **DEFENDANT**

## JUDGMENT

For the reasons stated in the Court's order entered this same day, Plaintiff's amended complaint is dismissed without prejudice.

IT IS SO ORDERED this 29th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE